**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 04-43755 -JBS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RUNDLE JR, KENNETH C. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6605  BofA - Money Market Account |
| Taxpayer ID No: | *******1491 | | |
| For Period Ending: | 08/30/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/06 | 1 | CHASE | TRANSFER OF FUNDS FROM L. FISHER | 1290-00 | 15,373.91 | | 15,373.91 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 12.53 | | 15,386.44 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 13.07 | | 15,399.51 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 12.66 | | 15,412.17 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 13.09 | | 15,425.26 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 13.11 | | 15,438.37 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 11.84 | | 15,450.21 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-00 | | 12.44 | 15,437.77 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 13.12 | | 15,450.89 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 12.70 | | 15,463.59 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-00 | 13.13 | | 15,476.72 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 12.72 | | 15,489.44 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-00 | 13.16 | | 15,502.60 |

| | COLUMN TOTALS | 15,515.04 | 12.44 | 15,502.60 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 15,515.04 | 12.44 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 15,515.04 | 12.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******6605 | 15,515.04 | 12.44 | 15,502.60 |
| | 15,515.04 | 12.44 | - |
| | ============ | ============ | 15,502.60 |

Page Subtotals    15,515.04    12.44

Ver: 12.52

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 04-43755 -JBS | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RUNDLE JR, KENNETH C. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6605  BofA - Money Market Account |
| Taxpayer ID No: | *******1491 | | | |
| For Period Ending: | 08/30/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) ============ Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 12.52

LFORM24