UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **KENNETH C. RUNDLE JR**. | ) | Case No. 04-43755 |
| | ) | |
| Debtor(s). | ) | Hon. **JACK B. SCHMETTERER** |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 682, CHICAGO, ILLINOIS 60604

   On: **October 25, 2007**      Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                         $15,515.04

   Disbursements                                                    $12.44

   Net Cash Available for Distribution                              $15,502.60

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Successor Trustee Compensation* | $0.00 | $1,200.00 | $12.40 |
| LAWRENCE FISHER | $0.00 | $1,101.50 | $0.00 |

*Original Trustee Compensation*

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $9,177.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 107.00% which includes 2.5300% interest since the filing of the Chapter 7.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Discover Bank | $9,177.16 | $9,819.64 |

8. The Debtor will be paid $3,369.06 as surplus funds in this Estate.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $0.00 |

Dated:  **September 25, 2007**

By:  **KENNETH S. GARDNER**
CLERK OF BANKRUPTCY COURT

| | |
|---|---|
| Trustee: | Joseph E. Cohen |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Sep 25, 2007
Case: 04-43755                 Form ID: pdf002              Total Served: 13

The following entities were served by first class mail on Sep 27, 2007.
db           +Kenneth C Rundle Jr,    4343 W 95th St,    Apt 2,    Oak Lawn, IL 60453-2635
aty          +Christine A Watt,    Law Offices Of Stuart B Handelman,    332 S Michigan Ave  Suite 1000,
               Chicago, IL 60604-4398
tr           +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
8720126       AT&T Universal Card,    P.O. Box 44167,    Jacksonville, FL 32231-4167
8720127       Citibank,    c/o Baker, Miller, Markoff & Krasny,    11 S. LaSalle St., 19th Floor,
               Chicago, IL 60603-1203
8720129      +Citibank,    Box 6000,    The Lakes, NV 89163-0001
10598479     +Discover Bank,    c/o Baker, Miller, Markoff & Krasny LLC,    29 N. Wacker Drive,    5th Floor,
               Chicago,   Illinois 60606-3227
8720128       Discover Card,    c/o Baker, Miller, Markoff & Krasny,    11 S. LaSalle St., 19th Floor,
               Chicago, IL 60603-1203
8720131      +Harris Bank,    P.O. Box 22058,    Tulsa, OK 74121
8720132      +Harris Bank,    c/o Unifund Corp.,    11802 Conrey Road, Suite 200,    Cincinnati, OH 45249-1074
8720125      +Stuart B. Handelman,    The Law Offices of Stuart B. Handelman,,    332 S. Michigan Avenue,
               Suite 1000,    Chicago, IL 60604-4398
The following entities were served by electronic transmission on Sep 26, 2007.
9383868       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2007 06:30:19      Discover Bank,
               Discover Financial Services,    PO Box 8003,    Hillard, OH 43026
8720130       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2007 06:30:19      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8720124*     +Kenneth C. Rundle, Jr.,    4343 W. 95th St.,    Apt. 2,    Oak Lawn, IL 60453-2635
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2007**           **Signature:** *Joseph Speetjens*